# No. 24-50951

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States of America**,
Plaintiff-Appellant,

v.

**Paola Connelly**,
Defendant-Appellee

On Appeal from the United States District Court
for the Western District of Texas

**Dismissal Agreement**

Under Federal Rule of Appellate Procedure 42(b)(1), the parties agree to have the Circuit Clerk dismiss this appeal. Each party shall bear that party's own costs. No court fees are due.

    Respectfully submitted,

    FOR THE UNITED STATES

    Jaime Esparza
    United States Attorney

By: */s/ Zachary C. Richter*
    Zachary C. Richter
    Assistant United States Attorney
    903 San Jacinto, Suite 334
    Austin, Texas 78701
    (512) 916-5858
    Zachary.C.Richter@usdoj.gov

FOR PAOLA CONNELLY

*/s/ Mary Stillinger*
Mary Stillinger
Stillinger & Godinez, P.L.L.C.
401 Boston Avenue
El Paso, Texas 79902
(915) 775-0705
stillingergodinez@sglawpllc.net

\*   \*   \*

**Certificate of Service**

I certify that on December 10, 2024, I filed this document through this Court's electronic case-filing system, which will serve it on all registered counsel.

*/s/ Zachary C. Richter*
Zachary C. Richter
Assistant United States Attorney